To Whom Ever Is Concerned:    Feb. 8-2000

I Calvin-Ray Hyder, Am Filing This Official-Complaint Against Robert: Chance (Warden) And Robert: Quada (Law-Library-Lieutenant). Here At The Estelle-Unit H.S. Huntsvill Texas, 77320. These Officials Are Continually Allowing Law-Library-Officer Demetria: Phipps-CO3, To Harass, And Retaliate Against me, With No Corrective-Action or Discipline. This Rule-Violator Phipps who Is A known, And Confessed-Prostitute On T.D.C.J.-ID Premises, Has Caused The Constant Denial of my Correspondence-Rights By means Of Deliberately-Stealing My Indigent-Envelope For Weeks At A Time, Preventing Me From writing my Family, The Courts, or Anyone. She Has Caused My Envelopes, Paper, And Carbon-Paper, To Get wet On Two-Different-Occassions, By Deliberately Dropping Them On The wet-Floor, making Them unusable. Though I Have Filed A Number of complaints, (Grievances) Concerning This matter Warden-Chance And Lt. Quada Has Refused To Discipline Her And Put A Stop To The Harassments For Sexual-Favors. She Has Personally Spoken over The Runway That Her Head Is Too Good, (Indicating Oral-Sex). She wears Tight-Fitting-Clothes In Violation Of T.D.C.J-ID Rules And Policies, Displaying Her Vagina, And Buttocks For The Purpose Of Obtaining Clients Among The Prison-Officials, And For Gaining The Attention Of Inmates. Warden: Chance And Lt. Quada Is Taking Advantage Of These Sexual-Favors with Demetra: Phipps, In Exchange For A Refusal To Discipline Her In Accord with The T.D.C.J-ID Rules And Policies. I Have A Right Against Harassments And Retaliation Under P.D. 22# 21. And Against mistreatment under #23. I AM Requesting Corrective-Action To Stop These Harassments, And Publicity Of The Exemption From Disciplinary-Action Granted To Phipps By Warden-Chance And Lieutenant-Quada For Sexual-Favors.

UNSWORN-DECLARATION

I Swear That The Above Is True And Correct.    Mr. Calvin: Hyder #458495
                                                Estelle-Unit H.S. Huntsville Tx. 77320

c. copy To Family
        To News-Media
           To Organizations

United States District Court
Southern District of Texas
FILED
Received
FEB 29 2000    FILED
Michael N. Milby, Clerk