Calvin-Ray: Hyder         Cause-NO. CA-C-00-092   In The United-States District
V.                                                 Court, For The Southern-District
Warden-Chance Et. Al.                              Of Texas, Houston: Di

United States District Court
Southern District of Texas
FILED
MAR 13 2000
Michael N. Milby, Clerk

Motion For Voluntary-Dismissal under Rule 41 (a)
F.R.C.P. For An Act of Fraud And misrepresentation
Under The Federal-Rules Of Civil-Procedures Rule 60 (B)

Dear Honorable Judge Of The Court:

Comes Now Calvin-Ray: Hyder, under F.R.C.P. Rule (41 (a)) And Request The Abov Cause To Be Dismissed Voluntarily Because Of An Act of Fraud, And misrepresentation Committed Against This Court And Calvin-Ray: Hyder, For I Calvin-Ray: Hyder Has Not Filed Any Complaint or Action In This Court Against Warden Robert: Chance or Any other Prison-official At This Time. The Prison-Administrators Has Stolen Legal-Documents which Calvin-Ray Hyder mailed To An Organization Called The matthias-Group on Feb. 22 2000. The Legal-Documents Had Blank-Spaces on It, And It Is Clear That Prison-Administrators Has Forged my Name, And A Date, As well As Placed Their Names On The Legal-Documents, And Illegally-Forwarded Them To This Court For The Purpose Of obstructing-Justice, By Attempting To Cause The Complaint To Be Dismissed. The Prison-officials Are Aware That I Cannot File Any Civil-Action In This Court In Forma-Pauperis-Status, Because Of 3 Suits Already Being Dismissed As Frivolous under Rule 15 (g). Therefore Their Illegal-Acts Of Forging my Signature on The Legal-Documents And Forwarding It To This Court, Was For The Very Purpose of causing This Complaint To Be Dismissed For Want of Prosecution. Furthermore, Because Of The Prior Suits Being Deemed As Frivolous This Complaint Cannot Be Filed In Forma-Pauperis Status Anyway. I Request This Case Be Dismissed Voluntarily, Without Prejudice under F. R.C.P. Rule 41 (a), For An Act of Fraud And misrepresentation under Rule 60 (b). It Is Further Requested That criminal-charges Be Filed Against The Prison-officials Warden: Chance, mailroom-Staff, And Law-Library-Staff, For The Theft Of my Legal-Documents And Forging my Signature on The Papers, And Illegally mailing Them To This court without my Consent For The Purpose Of obstructing-Justice.

C. Copy To News-Media
   Organizations

Respectfully Submitted
Calvin-Ray: Hyder #458495
Estelle-Unit N.S.
Huntsville: Texas, 77320

Signed This 7th Day of march, / 2000.
Under The Duress

A Copy of The Complaint Is Requested For Verification And Proof Of Fraud.

# Affidavit For Cause-No. CA-C-00-092

For The Honorable Judge Of The Court:

I Calvin-Ray: Hyder Files This Affidavit To make Known To The Court, That An Act of Fraud Is Being Committed Against This Court And myself By means of The Prison-Officials Here At The Estelle-Unit, H.S. Huntsville: Texas, 77320. I Have Not Filed Any Complaint In This Court Against Warden-Chance Et. Al. of The Cause-Number: CA-C-00-092. The Prison-Officials Including Warden Chance, mailroom-Staff, And law-Library-Staff Are In Conspiracy, Committing Theft And Fraud of my mail. I Have mailed Legal-Documents To An Organization Called The Matthias-Group on Feb. 22-2000, And It Is Clearly-Obvious That These Prison-Administrators Has Stolen Those Legal-Documents, And Forged My Name In The Blank-Spaces, And Mailed Them To The Court, Pretending That I Filed Them. The Purpose Behind These Prison-Officials Actions Is To Have my Legal-Complaint unlawfully-Dismissed For Want Of Prosecution. The Prison-Officials Are Aware That I Cannot File Any More Suits In This Court Without Paying The Filing-Fee of $150.00, And They Are Aware That I Have No Funds In My Trust-Fund-Account. Therefore, They Have Illegally Stolen my Legal-Documents I mailed To The Matthias-Group, And Forged my Name In The Blank-Space And Forwarded Them To This Court Without my Consent For The Sole-Purpose of Having The Complaint Dismissed, For Want Of Prosecution. The Prison-Officials Are Part Of A Criminal-Conspiracy To obstruct-Justice In My Criminal-Case, And To keep me From Gaining my Rightful-Freedom. I Am Requesting A Copy of The Complaint Filed In My Name of Cause CA-C-00-092 For Verification And For Proof Of The Fraud. I Also Have Good-Reasons To Believe That The Clerk Michael-Milby of The U.S. Dist. Court, Southern-District At Houston: Texas Is Involved In This Conspiracy Of Illegally-Filing Of my Legal-Documents with Prison-Officials, Because of Prior-Acts Of Fraud Committed Against me By This Court. I Request This Case Be Voluntarily-Dismissed without Prejudice under Rule 41(a) For An Act Of Fraud Under F.R.C.P. Rule 60(b). I Further Request Criminal-Charges Be Brought Against The Prison-Officials Responsible For The Theft of my Legal-Documents, And Forging My Signature on The Papers, And Illegally-Forwarding Them To This Court Without my Consent.

## UNSWORN-DECLARATION

I Calvin-Ray: Hyder Swear That The Above Is True And Correct To The Best Of my Knowledge And Ability. Signed This 7th Day of March /2000.

*Calvin-Ray: Hyder* #458495

C. Copy To
News-Media
Organizations

Estelle-Unit H.S. Huntsville: Texas, 77320

Enclosed Is My Motion For Voluntary-Dismissal without Prejudice

Dear Clerk of The Court:   Cause No. CA-C-00-092

I Calvin Nyder Am Filing This Complaint (Affidavit) To The Judges of The Court. To Verify That An Act of Fraud Has Been Committed Against This Court And myself. I Have Not Filed Any Claim In This Court Against Warden Robert Chance et. al. My Legal Documents Which I Am Mailing To My Family Are Being Stolen By This Estelle Unit Administration. And They Are Fraudulently Forwarding My Legal Documents To This Court By Forging My Name On The Papers And The Defendants. I'm Requesting My Affidavit Be ~~Not~~ Submitted To The Court.

Enclosed Is 2 Affidavits And motion For Voluntary Dismissal

M. Calvin Nyder #458495
Estelle Unit N.8.
Huntsville Texas 77320

P.S. I want To Know what Claim Was Filed In This Court Under My Name.

C. Copy To News Media Organizations

