IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| CALVIN RAY HYDER | § |
| | § |
| V. | §   C.A. NO. C-00-092 |
| | § |
| ROBERT CHANCE, et al | § |

### ORDER OF DISMISSAL

The Plaintiff has filed a Motion for Voluntary Dismissal Under Rule 41(a), Fed. R. Civ. P.

IT IS HEREBY ORDERED that this cause is dismissed without prejudice.

ORDERED this ____ day of March, 2000.

JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE