United States District Court
Southern District of Texas
ENTERED

MAR 2 4 2000

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CALVIN RAY HYDER | § | |
| | § | |
| V. | § | C.A. NO. C-00-092 |
| | § | |
| ROBERT CHANCE, et al | § | |

### FINAL JUDGMENT

A final judgment of dismissal without prejudice is hereby entered against Plaintiff.

ORDERED this 21st day of March, 2000.

_____
JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE